THE STATE EX REL. PARKER, APPELLANT, *v.*
OHIO PAROLE BOARD ET AL., APPELLEES.

[Cite as *State ex rel. Parker v. Ohio Parole
Bd.* (1993), 68 Ohio St.3d 23.]

(No. 93–264—Submitted August 16, 1993—Decided December 8, 1993.)

*Keith Parker, pro se.*

*Per Curiam.* The judgment of the court of appeals is affirmed based on *Bloss v. Rogers* (1992), 65 Ohio St.3d 145, 602 N.E.2d 602.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.